UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DERRICK LEE SMITH,

        Petitioner,

v.

S.L. BURT,

        Respondent.
_____/

Case No. 1:19-cv-759

Honorable Paul L. Maloney

### JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  April 20, 2020                  /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge